IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02721-CMA-MJW

TERANCE D. WILSON,

Plaintiff,

v.

FOSTER,
JAMES OLSON, and
DANIEL DENT,

Defendants.

## ORDER SETTING STATUS CONFERENCE
## FOR PRO SE PLAINTIFF

**Entered by Magistrate Judge Michael J. Watanabe**

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge Chritine M. Arguello on February 19, 2016. (Docket No. 9.)

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> April 7, 2016 at 2:00 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>

**IT IS FURTHER ORDERED** that Plaintiff shall notify each Defendant of the date and time of the Status Conference.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until

further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
    Terance D. Wilson
    #117681
    Colorado State Penitentiary (CSP)
    P.O. Box 777
    Canon City, CO 81215-0777

**IT IS FURTHER ORDERED** that the Plaintiff shall appear telephonically, and the plaintiff's case manager shall make the appropriate arrangements to permit plaintiff's attendance at the Scheduling Conference and shall contact the court by calling the court at (303) 844-2403.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 19th day of FEBRUARY, 2016.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge