# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   15-cv-02721-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   April 07, 2016 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| TERANCE D. WILSON, #117681 | Brice A. Tondre |
| Plaintiff(s), | |
| v. | |
| FOSTER, JAMES OLSON, and DANIEL DENT, | Jennifer S. Huss |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session:**  2:05 a.m.
Court calls case.  Appearances of counsel.  Plaintiff appears by telephone.
It is noted Mr. Tondre filed his Entry of Appearance this morning.

Plaintiff's counsel makes an ORAL MOTION to withdraw without prejudice the motions Plaintiff filed as a *Pro Se* party.  With no objections,

**It is ORDERED:**   Plaintiff's ORAL MOTION TO WITHDRAW PENDING MOTIONS [Docket Nos. 21 and 22] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION FOR PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER [Docket No. **21**, filed April 06, 2016] is **WITHDRAWN without prejudice,** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's REQUEST (MOTION) TO AMEND COMPLAINT [Docket No. **22**, filed April 06, 2016] is **WITHDRAWN without prejudice,** for reasons as set forth on the record.

Status of the case is discussed.

**It is ORDERED:**     A **RULE 16(b) SCHEDULING CONFERENCE** is set
**MAY 18, 2016   at  10:30 a.m.**    Mountain time
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
901 19th Street, Denver, Colorado 80294.

Counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order.   Parties shall file  their proposed Scheduling Order **on or before MAY 11, 2016.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .
Incarcerated individuals may appear by telephone by calling the Court at (303)844-2403 at the scheduled time.

HEARING CONCLUDES.

**Court in recess:**     2:17 p.m.
Total In-Court Time:   00:12